NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CU N. DUONG,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2026-1418

---

Petition for review of the Merit Systems Protection Board in No. AT-0831-24-0297-I-1.

---

**O R D E R**

The petitioner having failed to file the required Statement Concerning Discrimination pursuant to Federal Circuit Rule 15(c)(3), it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 24, 2026
Date

Jarrett B. Perlow
Clerk of Court